**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   DELLA KEYS

§
§          Case No.: 08-16745
§
§
§
Debtor(s)                               §

_____

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 06/28/2008.

2)   The case was confirmed on 09/22/2008.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was dismissed on 03/30/2009.

6)   Number of months from filing to the last payment:  9

7)   Number of months case was pending:  13

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $    23,800.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 6,804.82 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 6,804.82 |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,814.00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 489.97 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,303.97 |
| Attorney fees paid and disclosed by debtor | $ | 686.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK | SECURED | 94,566.00 | 19,040.60 | .00 | .00 | .00 |
| WELLS FARGO BANK | SECURED | NA | 19,040.60 | 19,040.60 | 3,024.34 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 9,000.00 | 9,327.97 | 9,327.97 | .00 | .00 |
| AARON SALSES & LEASE | UNSECURED | 607.00 | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 90.10 | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 9.02 | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 22.83 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 1,606.00 | 1,606.27 | 1,606.27 | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 1,007.00 | 1,011.51 | 1,011.51 | .00 | .00 |
| NICOR GAS CO | UNSECURED | 90.00 | 90.09 | 90.09 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 779.41 | 614.81 | 614.81 | .00 | .00 |
| CARDIAC CONSULTING G | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| COLLECTION CO OF AME | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 1,000.00 | 500.00 | 500.00 | .00 | .00 |
| COMCAST | OTHER | NA | NA | NA | .00 | .00 |
| INGALLS MIDWEST EMER | UNSECURED | 325.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT | UNSECURED | 316.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT | UNSECURED | 256.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT | UNSECURED | 236.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN PHYSIC | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| DRIVE FINANCIAL | UNSECURED | 8,467.00 | NA | NA | .00 | .00 |
| COMED | UNSECURED | 2,121.00 | NA | NA | .00 | .00 |
| LUNA CARPET | UNSECURED | 1,506.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 971.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 200.00 | 1,538.72 | 1,538.72 | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 137.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 108.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 86.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 1,282.00 | NA | NA | .00 | .00 |
| MICHAEL MOTORS | UNSECURED | 4,440.00 | 4,868.92 | 4,868.92 | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 1,126.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 1,116.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 3,971.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 572.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 554.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 258.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 6,447.00 | 6,251.75 | 6,251.75 | .00 | .00 |
| DRIVE FINANCIAL SERV | UNSECURED | 8,467.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MCI COMMUNICATIONS | UNSECURED | 365.00 | NA | NA | .00 | .00 |
| PCC COMMUNITY WELLNE | UNSECURED | 223.85 | NA | NA | .00 | .00 |
| PCC COMMUNITY WELLNE | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| PCC COMMUNITY WELLNE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| PCC COMMUNITY WELLNE | UNSECURED | 63.00 | NA | NA | .00 | .00 |
| PCC COMMUNITY WELLNE | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,702.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 345.00 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | UNSECURED | 108.90 | NA | NA | .00 | .00 |
| RETINA VITREOUS ASSO | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 250.00 | 250.00 | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 236.00 | NA | NA | .00 | .00 |
| SUNRISE CREDIT SERVI | UNSECURED | 203.41 | NA | NA | .00 | .00 |
| SUNRISE CREDIT SERVI | UNSECURED | 203.00 | NA | NA | .00 | .00 |
| TRINITY ORTHOPAEDICS | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| JOE MARIE CARSON | SECURED | NA | .00 | 3,000.00 | 476.51 | .00 |
| JOE MARIE CARSON | SECURED | 18,000.00 | .00 | .00 | .00 | .00 |
| MICHAEL MOTORS | SECURED | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 5,364.23 | 5,364.23 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 22,040.60 | 3,500.85 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 22,040.60 | 3,500.85 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 9,327.97 | .00 | .00 |
| **TOTAL PRIORITY:** | 9,327.97 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 22,096.30 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $   3,303.97 |
| Disbursements to Creditors | $   3,500.85 |
| **TOTAL DISBURSEMENTS:** | $     6,804.82 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    07/20/2009              /s/ Tom Vaughn_____

                        Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**